UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, et al.,<br><br>                           Plaintiffs,<br><br>                -against-<br><br>INS CONSTRUCTION CORP.,<br><br>                           Defendant. | 25-CV-5374 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan, as well as the initial pretrial conference scheduled for October 8, 2025, are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 16, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  October 2, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge